# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

CHRISTOPER DONOVAN, AMANDA DONOVAN, ROBERT COOPER, AND MARY COOPER,

vs.

COUNTY OF LAKE

Case Number: 08 CV 3098

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS, CHRISTOPHER DONOVAN, AMANDA DONOVAN, ROBERT COOPER, AND MARY COOPER

| | |
|---|---|
| **NAME (Type or print)** <br> Shawn M. Collins | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Shawn M. Collins | |
| **FIRM** <br> The Collins Law Firm, P.C. | |
| **STREET ADDRESS** <br> 1770 North Park Street Suite 200 | |
| **CITY/STATE/ZIP** <br> Naperville, IL 60563 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6195107 | **TELEPHONE NUMBER** <br> (630) 527-1595 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |