# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

CHRISTOPER DONOVAN, AMANDA DONOVAN,
ROBERT COOPER, AND MARY COOPER,
vs.
COUNTY OF LAKE

Case Number: 08 CV 3098

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS, CHRISTOPHER DONOVAN, AMANDA DONOVAN, ROBERT COOPER, AND MARY COOPER

| |
|---|
| NAME (Type or print)<br> Shawn M. Collins |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>         s/  Shawn M. Collins |
| FIRM<br> The Collins Law Firm, P.C. |
| STREET ADDRESS<br> 1770 North Park Street Suite 200 |
| CITY/STATE/ZIP<br> Naperville, IL 60563 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 6195107 | TELEPHONE  NUMBER<br> (630) 527-1595 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐