U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                             Case Number: 08 CV 3098
CHRISTOPER DONOVAN, AMANDA DONOVAN,
ROBERT COOPER, AND MARY COOPER,
vs.
COUNTY OF LAKE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS, CHRISTOPHER DONOVAN, AMANDA DONOVAN, ROBERT COOPER, AND MARY COOPER

| | |
|---|---|
| NAME (Type or print)<br>Julie B. Anderson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Julie B. Anderson | |
| FIRM<br>The Collins Law Firm, P.C. | |
| STREET ADDRESS<br>1770 North Park Street Suite 200 | |
| CITY/STATE/ZIP<br>Naperville, IL 60563 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6288947 | TELEPHONE NUMBER<br>(630) 527-1595 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐  NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☐  NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐  NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |