AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

CHRISTOPER DONOVAN, AMANDA DONOVAN, ROBERT COOPER, AND MARY COOPER, Individually, and on Behalf of All Persons Similarly Situated,

V.

COUNTY OF LAKE, a Body Politic and Corporate of the State of Illinois,

CASE NUMBER: 08 CV 3098

ASSIGNED JUDGE: JUDGE LEFKOW

DESIGNATED MAGISTRATE JUDGE: JUDGE VALDEZ

TO: (Name and address of Defendant)

County of Lake, a Body Politic and Corporate of the State of Illinois
c/o Ms. Suzi Schmidt, Chairman
18 North County Street
10th Floor
Waukegan, IL 60085

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Aaron W. Rapier, Esq.
The Collins Law Firm, P.C.
1770 N. Park Street
Suite 200
Naperville, IL 60563

an answer to the complaint which is herewith served upon you, within ____28____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Njdi bf rhX /!Epccjot -!Drfhsl

_Nadine Hirley_ (signature)

)Cz*!EFQVUZ!DMFSL

Kv of !3-!3119

Ebuf

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER DONOVAN, AMANDA DONOVAN, ET AL<br><br>PLAINTIFF(S)<br><br>vs.<br><br>COUNTY OF LAKE, a Body Politic and Corporate of the State of Illinois<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>**08 CV 3098**<br><br><br>SERVICE DOCUMENTS:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jun 04, 2008**, at **9:20 AM**, I served the above described documents upon **COUNTY OF LAKE, a Body Politic and Corporate of the State of Illinois** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **SUZI SCHMIDT / CHAIRMAN**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **18 N. COUNTY ST., 10TH FL, WAUKEGAN, IL 60085**.

**DESCRIPTION:**   Gender: **F**   Race: **WHITE**   Age: **55**   Hgt: **5'4"**   Wgt: **140**   Hair: **BROWN**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*(signature)*

Chester Macrowski , Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 4th day of June, 2008

*(signature)*

NOTARY PUBLIC

OFFICIAL SEAL
STEVEN A. HOFF
Notary Public - State of Illinois
My Commission Expires Dec 28, 2010

| CLIENT NAME: | ORIGINAL PROOF OF SERVICE | TRACKING # |
|---|---|---|
| **Collins Law Firm***<br>FILE #: | | **38964** |