**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                           Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |
|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>        s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL            APPOINTED COUNSEL |

IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER DONOVAN, AMANDA DONOVAN, ROBERT COOPER, and MARY COOPER, individually and on behalf of All Person Similarly Situated, ) ) ) ) | | |
| Plaintiffs, ) | | |
| v. ) | No. 08 CV 3098 | |
| ) | | |
| COUNTY OF LAKE, a body politic and corporate of the State of Illinois, ) ) | Judge Joan Humphrey Lefkow | |
| Defendant. ) | Magistrate Judge Valdez | |

NOTICE OF FILING

To:   Aaron W. Rapier
      The Collins Law Firm, P.C.
      1770 N. Park Street, Suite 200
      Naperville, IL 60563

   Please Take Notice that on Tuesday, June 24, 2008, the undersigned filed electronically the attached Appearance of Defendant County of Lake, Illinois, which are herewith served upon you.

                                        By:  s/ James C. Bakk
                                             James C. Bakk
                                             Special Assistant State's Attorney
                                             for Defendant County of Lake

James C. Bakk (# 3121531)
Special Assistant State's Attorney
200 N. M.L. King Ave., Suite 206
Waukegan, IL 60085
(847) 249-9900

CERTIFICATE OF SERVICE

   I, James C. Bakk, under penalties as provided by FRCP Rule 5, certify that I served a copy of the foregoing by electronic mail to the persons to whom it is directed on June 18, 2008.

                                        By:  s/ James C. Bakk
                                             James C. Bakk