IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER DONOVAN, AMANDA DONOVAN, ROBERT COOPER, and MARY COOPER, individually and on behalf of All Person Similarly Situated,<br>            Plaintiffs,<br>v.<br><br>COUNTY OF LAKE, a body politic and corporate of the State of Illinois,<br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>No. 08 CV 3098<br><br>Judge Joan Humphrey Lefkow<br><br>Magistrate Judge Valdez |

**DEFENDANT COUNTY OF LAKE MOTION FOR
ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant COUNTY OF LAKE ("County"), by Special Assistant State's Attorney James C. Bakk, moves this Honorable Court for an enlargement of time to file a pleading responsive to the complaint, and in support of his motion, states as follows:

1.    The Complaint herein filed on May 29, 2008 and was served at the Offices of the Lake County Board on June 4, 2008, when a copy of the summons and complaint were delivered to the Chairman, Suzi Schmidt, of the Lake County Board.

2.    The Plaintiffs are residents of an area within the Village of Hawthorn Woods, Lake County, Illinois, served by a public water system, operated and owned by Defendant County, pursuant to an October 21, 1975 County of Lake and Village of Hawthorn Woods Contract ("1975 Contract") (Pl. Compl., Ex.A).  Plaintiffs' Complaint is premised, in part, on a pending State court action by the Illinois Attorney General against the County (Pl. Compl., pars. 20-25), and, asserts 42 U.S.C. § 1983 claims, and third-party beneficiary contract claims under the 1975 Contract.

3.    The Lake County State's Attorney has recently assigned Special Assistant

State's Attorney James C. Bakk to represent the Defendant County of Lake in this matter.

  4  The Defendant's attorney, however, has not had sufficient time to review the Complaint and the County files relating to the 1975 Contract and water system, and other County water systems, in order to prepare a responsive pleading within the 20 day limit provided by Rule 12 of the Federal Rules of Civil Procedure.

  Wherefore, Defendant COUNTY OF LAKE respectfully requests that the Court grant his motion for an enlargement of time and allow an additional 30 days, up to and including July 24, 2008, to file his answer or motion responsive to the complaint.

            Respectfully submitted,

            COUNTY OF LAKE,
                 Defendant

       By: s/ James C. Bakk
          Special Assistant States Attorney
          for Defendant County of Lake

James C. Bakk (# 3121531)
Special Assistant State's Attorney
200 N. M.L. King Ave., Suite 206
Waukegan, IL 60085
(847) 249-9900

IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER DONOVAN, AMANDA )<br>DONOVAN, ROBERT COOPER, and MARY )<br>COOPER, individually and on behalf of All )<br>Person Similarly Situated, )<br>                    Plaintiffs, )<br>    v.                            ) | No. 08 CV 3098 | |
| ) | | |
| COUNTY OF LAKE, a body politic and corporate )<br>of the State of Illinois, )<br>                    Defendant. ) | Judge Joan Humphrey Lefkow<br><br>Magistrate Judge Valdez | |

NOTICE OF MOTION

To:   Aaron W. Rapier
      The Collins Law Firm, P.C.
      1770 N. Park Street, Suite 200
      Naperville, IL 60563

    Please Take Notice that on Tuesday, July 1, 2008, at 9:30 AM I shall appear before U.S. District Court Judge Joan Humphrey Lefkow and present the enclosed Motion for Enlargement of Time to Answer or Otherwise Plead, which the undersigned filed electronically, which are herewith served upon you.

                    By:  s/ James C. Bakk
                        James C. Bakk
                        Special Assistant State's Attorney
                        for Defendant County of Lake

James C. Bakk (# 3121531)
Special Assistant State's Attorney
200 N. M.L. King Ave., Suite 206
Waukegan, IL 60085
(847) 249-9900

CERTIFICATE OF SERVICE

    I, James C. Bakk, under penalties as provided by FRCP Rule 5, certify that I served a copy of the foregoing by electronic mail to the persons to whom it is directed on June 24, 2008.

                    By:  s/ James C. Bakk
                        James C. Bakk