IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER DONOVAN, AMANDA DONOVAN, ROBERT COOPER, and MARY COOPER, individually and on behalf of All Person Similarly Situated, | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 08 CV 3098 |
| | ) | |
| COUNTY OF LAKE, a body politic and corporate of the State of Illinois, | ) ) | Judge Joan Humphrey Lefkow |
| Defendant. | ) | Magistrate Judge Valdez |

NOTICE OF MOTION

To:　Aaron W. Rapier
　　　The Collins Law Firm, P.C.
　　　1770 N. Park Street, Suite 200
　　　Naperville, IL 60563

　　　Please Take Notice that on Tuesday, July 1, 2008, at 9:30 AM I shall appear before U.S. District Court Judge Joan Humphrey Lefkow and present the enclosed Motion for Enlargement of Time to Answer or Otherwise Plead, which the undersigned filed electronically, which are herewith served upon you.

　　　　　　　　　　　　　　　　　　By: s/ James C. Bakk
　　　　　　　　　　　　　　　　　　　　James C. Bakk
　　　　　　　　　　　　　　　　　　　　Special Assistant State's Attorney
　　　　　　　　　　　　　　　　　　　　for Defendant County of Lake

James C. Bakk (# 3121531)
Special Assistant State's Attorney
200 N. M.L. King Ave., Suite 206
Waukegan, IL 60085
(847) 249-9900

CERTIFICATE OF SERVICE

　　　I, James C. Bakk, under penalties as provided by FRCP Rule 5, certify that I served a copy of the foregoing by electronic mail to the persons to whom it is directed on June 24, 2008.

　　　　　　　　　　　　　　　　　　By: s/ James C. Bakk
　　　　　　　　　　　　　　　　　　　　James C. Bakk