## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Christopher Donovan, et al.
                              Plaintiff,

v.                                       Case No.: 1:08−cv−03098
                                         Honorable Joan H. Lefkow

County of Lake
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

    MINUTE entry before the Honorable Joan H. Lefkow:Defendant's motion for extension of time to 7/24/2008 to answer or otherwise plead [13] is granted. Status hearing of 7/22/2008 reset to 7/31/2008 at 09:30 AM. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.