**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DONOVAN et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.  08 C 3098 |
| | ) | |
| v. | ) | Judge Joan Humphrey Lefkow |
| | ) | Courtroom 1925 |
| COUNTY OF LAKE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:     SEE ATTACHED CERTIFICATE OF SERVICE

    **PLEASE TAKE NOTICE** that on July 21, 2008, the undersigned caused to be filed with the Clerk of the Court in the above-captioned matter, an **APPEARANCE** for the County of Lake, a copy of which is herewith served upon you.

Dated:  July 21, 2008                            Respectfully submitted,
                                                               COUNTY OF LAKE, ILLINOIS

                                                               By:       /s/ Adam M. Kingsley
                                                                              One of its Attorneys

Michael J. Waller,
State's Attorney of Lake County
Daniel L. Jasica
Assistant State's Attorney
18 N. County Street
Waukegan, IL  60085
(847) 377-3101

| | |
|---|---|
| James C. Bakk | Adam. M. Kingsley |
| Special Assistant State's Attorney | Holland & Knight LLP |
| 200 N. M.L. King Ave., Suite 206 | 131 S. Dearborn, Suite 3000 |
| Waukegan, IL  60085 | Chicago, IL  60603 |
| (847) 249-9900 | (312) 928-6027 |

## **CERTIFICATE OF SERVICE**

I, **ADAM M. KINGSLEY**, an attorney, on oath state that the foregoing **APPEARANCE** was served upon the below-named counsel(s) via electronic transmission through this courts electronic case filing system:

<u>VIA ELECTRONIC FILING</u>:

Shawn M. Collins – smc@collinslaw.com        Aaron W. Rapier – arapier@collinslaw.com
Julie B. Anderson – janderson@collinslaw.com

on this 21st day of July, 2008.

                                                                                  /s/  Adam M. Kingsley
                                                                                      Adam M. Kingsley

# 5490559_v1