# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| DONOVAN et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.  08 C 3098 |
| | ) | |
| v. | ) | Judge Joan Humphrey Lefkow |
| | ) | |
| COUNTY OF LAKE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:**   SEE ATTACHED CERTIFICATE OF SERVICE

On Thursday, July 31 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Joan Humphrey Lefkow**, or any judge sitting in her stead, in the courtroom usually occupied by him in **Room 1925** in the Dirksen Federal Building, United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present **DEFENDANT LAKE COUNTY'S (i) MOTION TO DISMISS UNDER FRCP 12(b)(1) AND 12(b)(6);** and **(ii) MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS UNDER FRCP 12(b)(1) AND 12(b)(6)** copies of which are attached hereto and hereby served upon you.

Dated:  July 21, 2008   Respectfully submitted,
COUNTY OF LAKE, ILLINOIS

By:      /s/ Adam M. Kingsley
One of its Attorneys

Michael J. Waller,
State's Attorney of Lake County
Daniel L. Jasica
Assistant State's Attorney
18 N. County Street
Waukegan, IL  60085
(847) 377-3101

James C. Bakk   Adam. M. Kingsley
Special Assistant State's Attorney   Holland & Knight LLP
200 N. M.L. King Ave., Suite 206   131 S. Dearborn, Suite 3000
Waukegan, IL  60085   Chicago, IL  60603
(847) 249-9900   (312) 928-6027

# CERTIFICATE OF SERVICE

I, **ADAM M. KINGSLEY**, an attorney, on oath state that the foregoing **DEFENDANT LAKE COUNTY'S (i) MOTION TO DISMISS UNDER FRCP 12(b)(1) AND 12(b)(6)**, and **(ii) MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS UNDER FRCP 12(b)(1) AND 12(b)(6)** was served upon the below-named counsel(s) via electronic transmission through this courts electronic case filing system:

VIA ELECTRONIC FILING:

Shawn M. Collins – smc@collinslaw.com        Aaron W. Rapier – arapier@collinslaw.com
Julie B. Anderson – janderson@collinslaw.com

on this 21st day of July, 2008.

                                                      /s/  Adam M. Kingsley
                                                        Adam M. Kingsley

# 5490701_v1