IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER DONOVAN, AMANDA ) <br> DONOVAN, ROBERT COOPER, AND ) <br> MARY COOPER, Individually and on ) <br> Behalf of All Persons Similarly Situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COUNTY OF LAKE, a Body Politic and ) <br> Corporate of the State of Illinois, ) <br> ) <br> Defendant. ) | Case No. 08 C 3098 <br><br> Judge Joan Humphrey Lefkow |

**PLAINTIFFS' MOTION
FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and Northern District of Illinois Local Rule 56.1, Plaintiffs Christopher Donovan, Amanda Donovan, Robert Cooper, and Mary Cooper ("Plaintiffs") move for partial summary judgment. Plaintiffs' Motion seeks a finding that Section 6 of the Contract (Exhibit A to the Complaint) does not authorize Defendant to charge Plaintiffs for the cost of replacing the water system in the Glennshire Subdivision of Hawthorne Woods, Illinois. Plaintiffs refer to and incorporate by reference the Local Rule 56.1 Statement of Material Facts and exhibits attached thereto, and the Memorandum of Law in Support of the Motion for Partial Summary Judgment, both filed contemporaneously herewith.

WHEREFORE, Plaintiffs pray for the entry of an Order: (a) granting the Motion for Partial Summary Judgment; (b) finding that Section 6 of the Contract does not authorize Lake County to charge Plaintiffs for the cost of replacing the Glennshire Water System; and (c) awarding such other and further relief for Plaintiffs as the Court deems equitable and just.

Dated: August 25, 2008                    Respectfully submitted,

                                          By: /s/ Aaron W. Rapier
                                              One of Plaintiffs' Attorneys

Shawn M. Collins
Aaron W. Rapier
Julie B. Anderson
THE COLLINS LAW FIRM, P.C.
1770 N. Park Street
Suite 200
Naperville, Illinois 60563
(630) 527-1595