IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER DONOVAN, AMANDA DONOVAN, ROBERT COOPER, AND MARY COOPER, Individually and on Behalf of All Persons Similarly Situated, ) ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 08 C 3098 |
| v. ) ) | Judge Joan Humphrey Lefkow |
| COUNTY OF LAKE, a Body Politic and Corporate of the State of Illinois, ) ) ) ) | |
| Defendant. ) | |

### NOTICE OF MOTION

TO:   All Counsel of Record

PLEASE TAKE NOTICE that on **Tuesday, September 2, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan Humphrey Lefkow or any judge sitting in her stead, in Courtroom 1925, U.S. District Court, Eastern District, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Plaintiffs' Motion for Partial Summary Judgment, Plaintiffs' Memorandum of Law In Support of the Motion For Partial Summary Judgment, and Plaintiffs' Local Rule 56.1 Statement of Facts In Support of the Motion for Partial Summary Judgment*, and hereby serve upon you copies of same.

Dated: August 26, 2008                              Respectfully Submitted,


                                                    By:   s/ Aaron W. Rapier
                                                          One of Plaintiffs' Attorneys

Shawn M. Collins
Aaron W. Rapier
Julie B. Anderson
THE COLLINS LAW FIRM, P.C.
1770 N. Park Street, Suite 200
Naperville, Illinois 60563
(630) 527-1595

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of this *Notice of Motion* was electronically served on all counsel of record as a result of the CM/ECF filing of this document on August 26, 2008:

Respectfully Submitted,

By:  <u>s/ Aaron W. Rapier</u>
       One of Plaintiffs' Attorneys

Shawn M. Collins
Aaron W. Rapier
Julie B. Anderson
THE COLLINS LAW FIRM, P.C.
1770 N. Park Street, Suite 200
Naperville, Illinois 60563
(630) 527-1595