IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER DONOVAN, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>COUNTY OF LAKE,<br><br>        Defendant. | Case No. 08 C 3098<br><br>Judge Joan Humphrey Lefkow |

**NOTICE OF MOTION**

TO:    Shawn M. Collins
          Aaron W. Rapier
          Julie B. Anderson
          THE COLLINS LAW FIRM, P.C.
          1770 N. Park Street, Suite 200
          Naperville, IL 60563

      Please take notice that on Tuesday, **September 2, 2008** at **9:30 a.m.**, I shall appear before the Honorable Judge Lefkow in courtroom 1925, or before anyone sitting in her stead, in the United States District Court, Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present Defendant **COUNTY OF LAKE'S MOTION TO STRIKE, OR IN THE ALTERNATIVE, STAY PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**, a copy of which is attached hereto and herewith served upon you.

                                                By:  s/Daniel L. Jasica
                                                      Assistant State's Attorney

Daniel L. Jasica #06237373
Assistant State's Attorneys
18 North County Street
Waukegan, IL 60085
(847) 377-3050

CERTIFICATE OF SERVICE

    I certify that a true and correct copy of this Notice of Motion was electronically served on all counsel of record as a result of the CM/ECF filing of this document on August 29, 2008.

                                          By:  s/Daniel L. Jasica
                                          Assistant State's Attorney