**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Christopher Donovan, et al.
                                  Plaintiff,

v.                                             Case No.: 1:08−cv−03098
                                                          Honorable Joan H. Lefkow

County of Lake
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 29, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Motion of defendant to strike [30] is granted. Motion of plaintiffs for partial summary judgment [27] is stricken. A motion for summary judgment is not properly filed before an answer is filed, except as provided under Fed. R. Civ. P. 12(d). Case will not be called in court on 9/2/2008.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.