IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DONOVAN et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.  08 C 3098 |
| | ) | |
| v. | ) | Judge Joan Humphrey Lefkow |
| | ) | Courtroom 1925 |
| COUNTY OF LAKE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:   SEE ATTACHED CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on September 4, 2008, the undersigned caused to be filed with the Clerk of the Court in the above-captioned matter, **LAKE COUNTY'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS UNDER FRCP 12(b)(1) AND 12(b)(6)**, a copy of which is herewith served upon you.

Dated:  September 4, 2008

Respectfully submitted,
COUNTY OF LAKE, ILLINOIS

By:       /s/ Adam M. Kingsley
          One of its Attorneys

Michael J. Waller,
State's Attorney of Lake County
Daniel L. Jasica
Assistant State's Attorney
18 N. County Street
Waukegan, IL  60085
(847) 377-3101

James C. Bakk
Special Assistant State's Attorney
200 N. M.L. King Ave., Suite 206
Waukegan, IL  60085
(847) 249-9900

Adam. M. Kingsley
Holland & Knight LLP
131 S. Dearborn, Suite 3000
Chicago, IL  60603
(312) 928-6027

# CERTIFICATE OF SERVICE

I, **ADAM M. KINGSLEY**, an attorney, on oath state that the foregoing **LAKE COUNTY'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS UNDER FRCP 12(b)(1) AND 12(b)(6)** was served upon the below-named counsel(s) via electronic transmission through this courts electronic case filing system:

VIA ELECTRONIC FILING:

Shawn M. Collins – smc@collinslaw.com              Aaron W. Rapier – arapier@collinslaw.com
Julie B. Anderson – janderson@collinslaw.com

on this 4th day of September, 2008.

                                                             /s/  Adam M. Kingsley
                                                                Adam M. Kingsley

# 5490559_v2